IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARREL SAIN, individually and on behalf
of all others similarly situated; and
RONNIE GREATHOUSE, individually and
on behalf of all others similarly situated                                        PLAINTIFFS

VS.                                         CASE NO. 16-CV-4006

GOODMAN MANUFACTURING CO.,
L.P., GOODMAN COMPANY, L.P., AND
GOODMAN GLOBAL, INC.                                                               DEFENDANTS

## **ORDER**

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice. (ECF No. 38). Plaintiffs have notified the Court that they would like to dismiss their case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I). No objection to the notice has been filed, and the time to do so has passed. Accordingly, the Court finds that Plaintiffs' Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 18th day of May, 2016.

                                                                /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge